IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB, | |
| Plaintiff, | 8:19CV416 |
| vs. | ORDER |
| STATE OF NEBRASKA, et al., | |
| Defendants. | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 43.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis. The next step will be for the court to rule on Plaintiff's pending motions. (Filing Nos. 36, 38, 39, and 40.)

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted.

Dated this 14th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge