IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB, | |
| Plaintiff, | 8:19CV416 |
| vs. | |
| PETE RICKETTS, et al., | ORDER |
| Defendants. | |

IT IS ORDERED that Plaintiff's renewed motion to appoint specific counsel (Filing No. 51) and Plaintiff's motion requesting "3-judge district court" to convene an evidentiary hearing (Filing No. 53) are denied.

Dated this 3rd day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge