IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YOHAN WEBB,<br><br>              Plaintiff,<br><br>vs.<br><br>PETE RICKETTS,<br><br>              Defendants. | **8:19CV416**<br><br>**MEMORANDUM AND ORDER** |

      Plaintiff has filed a motion requesting a report on the status of this case (Filing 75). As Plaintiff was previously advised, this case was dismissed without prejudice on July 10, 2020, for failure to prosecute it diligently and failure to comply with this court's orders. (See Filings 59, 60, 64, 67, 71.) Because the dismissal was without prejudice, Plaintiff is not prohibited from refiling the action. Also, if Plaintiff does not have sufficient funds to pay even an initial partial filing fee, that will not prevent him from prosecuting a new case in forma pauperis. *See* 28 USC § 1915(b)(4)).

      Plaintiff has filed a "request for location of jury trial to be held." (Filing 73.) Treating this filing as a motion, Plaintiff's request will be denied because this case is closed.

      Plaintiff has filed two identical motions in which he renews his requests for "waiving the costs for a copy of the original complaint, and … waiving the costs for the mailing of said complaint; administrative costs, and filing fees." (Filings 72, 77.) Those motions will be denied in all respects for the reasons previously stated. (See Filings 35, 45, 64, 67, 69, 71.)

      Plaintiff has also filed a motion for a protective order (Filing 78), in which he again requests free copy of the complaint, and a motion for seizure of video footage from Lancaster County (Filing 79). Those motions will also be denied in all respects for the reasons previously stated, and because this case is no longer pending.

IT IS THEREFORE ORDERED:

1. Plaintiff's motion for status (Filing 75) is granted consistent with this Memorandum and Order.

2. Plaintiff's request for location of jury trial (Filing 73) is denied.

3. Plaintiff's duplicate motions for copies, etc. (Filings 72, 77) are denied in all respects.

4. Plaintiff's motion for protective order, etc. (Filing 78) is denied in all respects.

5. Plaintiff's motion for seizure of video footage, etc. (Filing 79) is denied in all respects.

Dated this 13th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge